**BROCKWAY MOTOR TRUCK CORPORATION, Appellant, v. Emanuel FRIEDMAN, Receiver in Bankruptcy of Heintz-Merkle & Co., Inc.**

No. 4880.

Circuit Court of Appeals, Third Circuit.

Sept. 23, 1932.

. Eugene Heine and Henry L. Shepard, both of Philadelphia, Pa., for appellant.

A. J. Creskoff and D. Hays Solis-Cohen, both of Philadelphia, Pa. (Michael Edelman, of Philadelphia, Pa., of counsel), for appellee.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

BUFFINGTON, Circuit Judge.

This is another of the constantly recurring questions of whether machinery, etc., in the possession of a bankrupt was held by bailment or conditional sale. Necessarily each case turns on its particular facts and the instrument under which it is held and whether they constituted a bailment or a conditional sale.

The facts and a discussion of the writing here involved are fully set forth in the opinion of the referee (1 F. Supp. 531), and by reference thereto we avoid needless repetition. The referee therein held there was no bailment. On certificate, the court below adopted the referee's view. After due consideration had, we come to the same conclusion, and therefore limit ourselves to affirming the court's decree.